# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **PAUL D. FYKE and BAYOU VISTA, LLC.** | **PLAINTIFFS** |
| **V.** | **NO: 3:20CV296-M-P** |
| **CARROLL, WARREN & PARKER, LLC, JAMES L. WARREN, and NICHOLAS J. GREENE** | **DEFENDANTS** |

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**IT IS HEREBY ORDERED,** this, the 12th day of November, 2020.

                                                  **/s/ Michael P. Mills**
                                                  **UNITED STATES DISTRICT JUDGE**
                                                  **NORTHERN DISTRICT OF MISSISSIPPI**